IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAPEER MOORE,                                               No. CIV S-11-1623-CMK-P

       Petitioner,

   vs.                                                                      ORDER

JAMES D. HARTLEY,

       Respondent.

_____/

       Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the denial of parole in 2009. The court takes judicial notice that petitioner has also filed a separate petition, <u>Moore v. Hartley</u>, CIV-S-11-1613-CMK-P, challenging the denial of parole in 2009. Petitioner shall show cause in writing, within 30 days of the date of this order, why the above-captioned case should not be dismissed as duplicative. Failure to respond may result in dismissal of this action. <u>See</u> Local Rule 110.

       IT IS SO ORDERED.

DATED: June 22, 2011

                                                        *Craig M. Kellison*
                                                         **CRAIG M. KELLISON**
                                                         UNITED STATES MAGISTRATE JUDGE