IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LAPEER MOORE,                                       No. CIV S-11-1623-CMK-P

       Petitioner,

  vs.                                                              ORDER

JAMES D. HARTLEY,

       Respondent.

_____/

       Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the denial of parole in 2009. Pursuant to Eastern District of California Local Rules, this case was not assigned to a District Judge when the case was filed. The parties have not consented to Magistrate Judge jurisdiction and the court now finds that assignment of a District Judge is necessary to properly address the case.

       Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a District Judge to this case and to update the docket to reflect the new case number.

DATED: August 10, 2011

                                                                                                     /s/ Craig M. Kellison
                                                                                                      CRAIG M. KELLISON
                                                                                                      UNITED STATES MAGISTRATE JUDGE